*eral* Thacher, Assistant *Attorney* General *Youngquist,* and *Messrs.* Whitney North Seymour, Sewall Key, and Hayner N. Larson for respondent.

No. 408. KELLY-SPRINGFIELD TIRE CO. *v.* OVERMAN CUSHION TIRE CO., INC., ET AL. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Bristol* for petitioner. *Messrs. Robert W. Byerly, F. O. Richey, and B. D. Watts* for respondents.

No. 462. HIBERNIA BANK & TRUST CO. ET AL. *v.* MAXWELL. See same case, *ante,* p. 572.

No. 254. MARTIN HOTEL CO. ET AL. *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. A. C. Kennedy, John E. Hughes,* and *William Cogger* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John MacC. Hudson,* and *Wm. H. Riley, Jr.,* for the United States.

No. 351. DENVER ROCK DRILL MFG. CO. *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert Ash* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour* and *Bradley B. Gilman* for the United States.